UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-2108 PA (MBKx) | Date | June 17, 2026 |
|---|---|---|---|
| Title | Rael Kopace v. Stephanie Holmes, et al. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **ORDER TO SHOW CAUSE**

The Court has reviewed plaintiff's Response to the Court's June 8, 2026 Orders to Show Cause. Plaintiff's Response indicates that defendants were timely served with the Summons and Complaint. However, the Court's Orders to Show Cause also referenced defendants' failure to answer the Complaint within their deadline to do so. Indeed, on May 4, 2026, counsel for the Government filed a Stipulation Extending Time to Answer, establishing a June 4, 2026 deadline for defendants Marco Rubio and Stephanie Holmes to respond to the Complaint. However, despite the expiration of the deadline for defendants to file a responsive pleading, they have not done so.

The Court therefore concludes that plaintiff's Response to toe June 8, 2026 Orders to Show Cause is insufficient. The Court orders plaintiff to show cause in writing on or before June 29, 2026, why defendants Marco Rubio and Stephanie Holmes should not be dismissed for lack of prosecution. The filing of a responsive pleading by defendants by no later than June 25, 2026 shall be deemed a sufficient response and obviate the need for plaintiff to file a response to this Order to Show Cause. If defendants do not file a responsive pleading by June 25, 2026, plaintiff shall file its response to the order to show cause or seek the default of defendants. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the defendants.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | KSS |